## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:19-CV-1783-T-02TGW

Plaintiff:
**CARLOS SALADO-JIMENEZ AND CARLOS ACEVEDO**

vs.

Defendant:
**LIGHTNING TRANSPORT AND LOGISTICS, LLC. AND CARLOS PEIRATS, AN INDIVIDUAL**


TPL2019140864

For:
Brandon J. Hill
Wenzel Fenton Cabassa, P.A.

Received by TSI Legal on the 23rd day of July, 2019 at 3:37 pm to be served on **LIGHTNING TRANSPORT AND LOGISTICS, LLC. C/O JOSE S. RAMOS, 2344 CRESTOVER LANE, WESLEY CHAPEL, FL 33544**.

I, Gregory A. Scott, do hereby affirm that on the **25th day of July, 2019** at **11:43 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint and Jury Trial Demand** with the date and hour of service endorsed thereon by me, to: **LETICIA ORTEGA, ADMINISTRATIVE ASSISTANT to JOSE S. RAMOS** as **REGISTERED AGENT** for **LIGHTNING TRANSPORT AND LOGISTICS, LLC.**, at the address of: **2344 CRESTOVER LANE, WESLEY CHAPEL, FL 33544**, and informed said person of the contents therein, in compliance with state statutes. Actual service location: (28.1908,-82.3720) accuracy 65 m.

**Additional Information pertaining to this Service:**
Registered Agent not available at time of service.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: Hispanic, Height: 5'3", Weight: 140, Hair: Blonde, Glasses: Y

Under penalty of perjury, I declare that I have read the foregoing and the facts in it are true to the best of my knowledge. Pusuant to F.S. 92.525 (2) I have no interest in the above action,

Gregory A. Scott
PPS 9021

**TSI Legal**
**P.O. Box 173019**
**Tampa, FL 33672**
**(888) 835-1522**

Our Job Serial Number: TPL-2019140864
Ref: 19-000371

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c