# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CARLOS SALADO-JIMENEZ and CARLOS ACEVEDO, <br><br> Plaintiffs, <br><br> v. <br><br> LIGHTNING TRANSPORT AND LOGISTICS, LLC and CARLOS PEIRATS, <br><br> Defendants. | Civil Action No. 8:19-cv-01783 |

## UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

Defendant Lightning Transport and Logistics, LLC ("Lightning Transport" or "Defendant") respectfully moves for a brief extension of time to and including August 29, 2019, to answer, move or otherwise respond to Plaintiffs' Complaint, and states the following in support:

1. Plaintiffs filed their Complaint on July 22, 2019 and served Lightning Transport with the Summons and Complaint on July 25, 2019. Accordingly, Lightning Transport is due to respond to the Complaint on or before August 15, 2019.

2. When an act may or must be done within a specified time, the Court may, for good cause, extend the time, with or without motion or notice, if the request is made before the original time or its extension expires. *See* Fed. R. Civ. P. 6(b).

3. This request is being made before the original deadline expires.

4. Defendant's counsel is in the process of intaking and reviewing Defendant's files relevant to the underlying litigation. In order to fully investigate and formulate an appropriate response(s) to the Complaint on behalf of the Defendant, counsel for Defendant requests a brief

extension of time, up to and including August 29, 2019, to respond to Plaintiffs' Complaint. Furthermore, counsel for all the parties are engaging in early discussions to determine if amicable resolution is possible.

5. This extension is not being sought for the purposes of delay, nor will this brief extension prejudice any party to the litigation.

6. The undersigned has discussed the subject matter of this Motion with Plaintiffs' counsel, who is not opposed to the relief sought herein.

WHEREFORE, Defendant Lightning Transport and Logistics, LLC respectfully requests an extension of time up to and including August 29, 2019, to answer, move or otherwise respond to Plaintiffs' Complaint.

**CERTIFICATION OF CONFERENCE WITH COUNSEL**

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that he conferred with Plaintiffs' counsel regarding the subject matter of this motion, and Plaintiffs are not opposed to the relief sought herein.

Dated: August 14, 2019

Respectfully submitted,
By: */s/ Jesse Unruh*
Jesse Unruh, FL Bar # 93121
JET DOT LAW, PLLC
12249 Science Drive
Suite 155
Orlando, FL 32826
(407) 494-0135
www.jet.law
Attorney for Defendants LIGHTNING TRANSPORT AND LOGISTICS, LLC and CARLOS PEIRATS

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 14, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system will which send a notice of electronic filing to the following: Brandon Hill, Esq. of Wenzel Fenton Cabassa, P.A., 1110 North Florida Ave. Suite 300, Tampa, Florida 33602.

                                           /s/ Jesse Unruh
                                           Jesse Unruh