## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**CARLOS SALADO-JIMENEZ and**
**CARLOS ACEVEDO,**

    **Plaintiff,**

v.                       Case No.: 8:19-cv-1783-WFJ-TGW

**LIGHTNING TRANSPORT AND**
**LOGISTICS, LLC., and CARLOS**
**PEIRATS, an individual,**

    **Defendant.**

_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED
## PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, **LIGHTNING TRANSPORT AND LOGISTICS, LLC.**, and **CARLOS PEIRATS**, hereby disclose the following pursuant to this Court's Interested Persons Order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% of more of a party's stock, and all other identifiable legal entities that are related to *any* party in this case:

    **Carlos Salado-Jimenez – Plaintiff**
    **Carlos Acevedo – Plaintiff**
    **Brandon J. Hill – Attorney for Plaintiff**
    **Wenzel Fenton Cabassa, P.A. – Counsel for Plaintiff**
    **Lightning Transport and Logistics, LLC – Defendant**
    **Carlos Peirats - Defendant**
    **Jesse Unruh – Attorney for Defendant**

**Jet Dot Law, PLLC - Counsel for Defendant**

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of these proceedings: **None.**

3. The name of every other entity that is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful in these proceedings, including every person who may be entitled to restitution: **Plaintiffs, Carlos Salado-Jimenez and Carlos Acevedo, allege they are entitled to restitution. Defendants deny that Plaintiffs are entitled to any restitution.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated this 21st day of August, 2019.

>Respectfully submitted,
>By: */s/ Jesse Unruh*
>   Jesse Unruh, FL Bar # 93121
>   JET DOT LAW, PLLC
>   12249 Science Drive
>   Suite 155
>   Orlando, FL 32826
>   (407) 494-0135
>   www.jet.law
>Attorney for Defendants LIGHTNING TRANSPORT AND LOGISTICS, LLC and CARLOS PEIRATS

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system will which send a notice of electronic filing to the following: Brandon Hill, Esq. of Wenzel Fenton Cabassa, P.A., 1110 North Florida Ave. Suite 300, Tampa, Florida 33602.

/s/ Jesse Unruh
Jesse Unruh
