**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CARLOS SALADO-JIMENEZ and
CARLOS ACEVEDO,**

    **Plaintiff,**

v.                                     Case No.:  8:19-cv-1783-WFJ-T-02TGW

**LIGHTNING TRANSPORT AND
LOGISTICS, LLC, and CARLOS
PEIRATS, an individual,**

    **Defendant.**
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiffs, CARLOS SALADO-JIMENEZ and CARLOS ACEVEDO, because Defendants has not served an answer or a motion for summary judgment, pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby voluntarily dismiss this action <u>without prejudice</u> as to both Defendants, with each party to bear its own attorney's fees, costs and disbursements.

    Dated this 30th day of August, 2019.

                                                      Respectfully submitted,

                                                      <u>/s/Brandon J. Hill</u>
                                                      Brandon J. Hill
                                                      Florida Bar No.: 37061
                                                      Wenzel Fenton Cabassa P.A.
                                                      1110 N. Florida Avenue, Suite 300
                                                      Tampa, Florida 33602
                                                      Main No.: 813-224-0431
                                                      Direct No.: (813) 379-2565
                                                      Facsimile No.: 813-229-8712
                                                      Email: bhill@wfclaw.com
                                                      Email: jcornell@wfclaw.com
                                                      Email: rcooke@wfclaw.com
                                                      **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of August, 2019, the foregoing was electronically filed using the CM/ECF filing system, which will send a notice of electronic filling to all counsel of record.

/s/Brandon J. Hill
Brandon J. Hill